IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3019 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CLARENCE D. HERGERT, | ) | |
| Defendant. | ) | |

A conference call was held with counsel.

IT IS ORDERED that:

(1) The defendant's unopposed motion to continue sentencing (filing 89) is granted.

(2) Defendant Hergert's sentencing is continued to Wednesday, December 14, 2011, at 12:00-1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated September 9, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge