IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3019 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CLARENCE D. HERGERT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by Michael A. Nelsen, of the law firm of Marks Clare & Richards, LLC, retained co-counsel for the defendant, (filing no. 94), is granted.

2) The clerk shall delete Mr. Nelson from any future ECF notifications herein.

DATED this 8th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge