IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:09CR3019 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CLARENCE D. HERGERT, | ) | |
| Defendant. | ) | |

A conference call was held with counsel.

IT IS ORDERED that:

(1) The defendant's motion to continue sentencing (filing 92) is granted.

(2) Defendant Hergert's sentencing is continued to Thursday, December 29, 2011, at 12:00 noon, for one hour, before the undersigned United States district judge, **in Courtroom No. 2 (Magistrate Judge Zwart's courtroom)**, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated November 9, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge