IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3019 |
| | ) | |
| V. | ) | |
| | ) | |
| CLARENCE D. HERGERT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon joint oral motion of the government and the defense,

IT IS ORDERED that sentencing is continued to 12:00 p.m. (noon) on January 27, 2012. Sentencing on December 29, 2011 is cancelled.

DATED this 28th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge