## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )                    4:09CR3019
                                   )
        V.                         )
                                   )
CLARENCE D. HERGERT,               )                    ORDER
                                   )
                    Defendant.     )
_____)


        For good cause shown,

        IT IS ORDERED that home confinement in this case is suspended.  Home
confinement shall commence again on September 20, 2012.  The defendant's motion for
suspension of home confinement (filing 123) is granted as provided in this order.

        DATED this 19th day of June, 2012.

                            BY THE COURT:

                            *Richard G. Kopf*
                            Senior United States District Judge